IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| EILEEN A. GONZALES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) NO. CIV 10-264 LFG |
| | ) |
| MICHAEL J. ASTRUE, Commissioner | ) |
| of the Social Security Administration, | ) |
| | ) |
| Defendant. | ) |

**STIPULATED ORDER EXTENDING TIME FOR RESPONSE**

THIS MATTER coming before the Court upon Defendant's Unopposed Motion for Extension of Time (Doc. 16) to file a Response to Plaintiff's Motion to Reverse and Remand (Doc. 14), it being stated that opposing counsel concurs in the granting of the motion, the Court having read the motion and being fully advised in the premises finds that the motion is well taken.

IT IS THEREFORE ORDERED that Defendant shall file a Response to Plaintiff's Motion to Reverse or Remand on or before November 1, 2010.

IT IS FURTHER ORDERED that Plaintiff may file a Reply to Defendant's Response on or before November 17, 2010.

*/s/ Lorenzo F. Garcia*
LORENZO F. GARCIA
United States Magistrate Judge

SUBMITTED AND APPROVED BY:

*Electronically submitted on 10/1/10*
MANUEL LUCERO
Assistant United States Attorney
Attorney for Defendant

*Approved electronically on 9/30/10*
FRANCESCA MacDOWELL
Attorney for Plaintiff