IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **EILEEN A. GONZALES,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   NO. CIV 10-264 LFG |
| | ) |
| **MICHAEL J. ASTRUE, Commissioner** | ) |
| of the Social Security Administration, | ) |
| | ) |
| Defendant. | ) |

### ORDER GRANTING COMMISSIONER'S UNOPPOSED MOTION TO REVERSE AND REMAND FOR FURTHER ADMINISTRATIVE PROCEEDINGS

THIS MATTER comes before the Court on the Commissioner's Unopposed Motion for Entry of a Judgment Reversing and Remanding for Further Administrative Proceedings [Doc. 18]. Plaintiff does not oppose the Motion.

The Commissioner states that further administrative development of the case is necessary and asks that the Court remand the proceedings to the Agency pursuant to sentence four of 42 U.S.C. § 405(g). The Commissioner asks further that, on remand, the Administrative Law Judge give further consideration of the claimant's maximum residual functional capacity and, if necessary, obtain evidence from a vocational expert.

The Commissioner having shown good cause therefor and the Plaintiff being unopposed,

IT IS THEREFORE ORDERED that the Commissioner's Motion for Entry of a Judgment Reversing and Remanding [Doc. 18] is granted. Judgment will be entered contemporaneously with this Order, and the case is remanded for further administrative proceedings as described above.

*Lorenzo F. Garcia*
Lorenzo F. Garcia
United States Magistrate Judge